

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00372-CR

**LISA TUIAN JEFFERSON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 413th District Court**
**Johnson County, Texas**
**Trial Court No. DC-F201800364**

## MEMORANDUM OPINION

Lisa Tuian Jefferson appeals two judgments rendered on two counts in one trial court case number. The judgments were rendered, and the sentences were imposed, on September 17, 2018. Jefferson filed a motion for new trial, however, it was untimely. The motion for new trial was due on October 17, 2018. *See* TEX. R. APP. P. 21.4(a). It was filed on October 18, 2018. Jefferson appears to have calculated the time to file a motion for new trial from the date the judgment was signed rather than from the date the sentence was imposed. *Id.*

Jefferson filed the notice of appeal based upon the extended due date for a notice of appeal when a motion for new trial is timely filed. *See* TEX. R. APP. P. 26.2(a)(2). Because Jefferson's motion for new trial is untimely, Jefferson's notice of appeal is untimely as well. *See* TEX. R. APP. P. 26.2(a)(1). We have no jurisdiction of an untimely appeal, and this appeal must be dismissed. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely).

Accordingly, this appeal is dismissed.[1]

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 19, 2018
Do not publish
[CR25]



---

[1] A motion for rehearing may be filed within 15 days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment was rendered or the day the last timely motion for rehearing was overruled by this Court. *See* TEX. R. APP. P. 68.2(a).